UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYON DARREN LIVELY,<br><br>    Petitioner,<br><br>  v.<br><br>M. E. SPEARMAN,<br><br>    Respondent. | NO. CV 18-2760-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice as barred by the statute of limitations.

DATED: FEBRUARY 26, 2019

_____
TERRY J. HATTER, JR.
United States District Judge